**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document # 6

------------------------------------------------

Tony-Velez et al

-v-

Kelly et al

USCA NO. _____

SDNY NO. 07cv 7166

JUDGE: KMW

DATE: Sept. 4, 2007

------------------------------------------------

*U.S. DISTRICT COURT FILED SEP 0 4 2007 S.D. OF N.Y.*

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
          FIRM _____APPEALS SECTION_____
       ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
               500 PEARL STREET, NEW YORK, NEW YORK 10007
     PHONE NO. _____(212) 805-0636_____

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENTS**                                                        **DOC#**

_____
                          Clerk's Certificate
_____

                   See Attached List of Numbered Documents
_____

(X) Original Record                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 4th Day of September 2007.

**United States District Court for
the Southern District of New York**

Date: *Sept. 4, 2007*

U.S.C.A. # _____

U.S.D.C. # *07cv 7166*

D.C. JUDGE *KMW*

---

*Tony-Velez et al*

-v-

*Kelly et al*

---

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **4th** Day of **Sept**. In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
         Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07166-KMW
### Internal Use Only

Tony-Velez et al v. Kelly et al
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 42:1983 Civil Rights Act

Date Filed: 08/10/2007
Date Terminated: 08/10/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Michael Tony-Velez.(jeh) (Entered: 08/17/2007) |
| 08/10/2007 | 2 | COMPLAINT against Robert Morganthau, Rudolf Guiliani, Brady Titcomb, Connie Velez, Connie Stewart, Connie O'Drisco, Carmen Kelly, Carmen Stewart, Carmen O'Drisco, New York Foundling, Dorsey & Whitney LLP., City and State of New York, John Does, Jane Does, John Doe Lawfirm, James Kelly, Robert Abrams, Mr. and Mrs. Lalli. Document filed by Michael Tony-Velez, Michael Velez, Michael Anthony Kelly.(jeh) (Entered: 08/21/2007) |
| 08/10/2007 |  | Magistrate Judge Kevin N. Fox is so designated. (jeh) (Entered: 08/21/2007) |
| 08/10/2007 | 3 | ORDER DISMISSING CASE AS FRIVOLOUS; For reasons set forth in this order, the instant complaint is dismissed. The Court certifies pursuant to 28 U.S.C. 1915 (a) (3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 08/10/2007) (jeh) (Entered: 08/21/2007) |
| 08/10/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 08/10/2007) (jeh) (Entered: 08/21/2007) |
| 08/29/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Michael Tony-Velez. Copies sent to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 09/04/2007) |
| 08/29/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Michael Tony-Velez. $455.00 APPEAL FEE DUE. IFP REVOKED 8/10/07. (tp) Modified on 9/4/2007 (tp). (Entered: 09/04/2007) |
| 09/04/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 09/04/2007) |
| 09/04/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 09/04/2007) |