MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
**CLERK OF COURT**

Date: 2/24/08

Docket Number: 07-3790-pr

Short Title: Tony-Velez v. Kelly

DC Docket Number: 07-cv-7166

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of February, two thousand eight.

Michael Tony Velez,

Plaintiff-Appellant,

v.

James Kelly, also known as The Mariner, Robert Abrams, Mr. and Mrs. Lalli, Robert Morgenthan, Rudolph Guiliani, Brady Titcomb, Connie Velez, also known as Connie Kelley, Connie Stewart, Connie O`Drisco, Carmen Kelly, Carmen Stewart, New York Foundling, Dorsey & Whitney LLP., City and State of New York, John Does, Jane Does, all unlawfully residing at 257 Central Park West, John Doe Lawfirm,

Defendant-Appellees

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, inter alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 8/10/07 United States District Court for the Southern District of New York (NYC) be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *Eugene L. Martin*
Eugene L. Martin, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Eugene L. Martin*
DEPUTY CLERK

UNITED STATES COURT OF APPEALS
FILED
FEB 24 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Certified:

FEB 24 2008

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O`Hagan Wolfe
**CLERK OF COURT**

| | | |
|---|---|---|
| Date: | 2/24/08 | DC Docket Number: 07-cv-7166 |
| Docket Number: 07-3790-pr | | DC:     SDNY (NEW YORK CITY) |
| Short Title:   Tony-Velez v. Kelly | | DC Judge: Honorable Kimba Wood |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   24th     day of February,  two thousand eight.

Michael Tony Velez,

Plaintiff-Appellant,

v.

James  Kelly, also known as The Mariner,  Robert  Abrams,  Mr. and Mrs. Lalli,  Robert Morgenthan,  Rudolph Guiliani,  Brady Titcomb,  Connie Velez, also known as Connie Kelley, Connie Stewart,  Connie O`Drisco,  Carmen Kelly,  Carmen Stewart,  New York Foundling, Dorsey & Whitney LLP.,  City and State of New York,  John Does,  Jane Does, all unlawfully residing at 257 Central Park West,  John Doe Lawfirm,

Defendant-Appellees

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, inter alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 8/10/07 United States District Court for the Southern District of New York (NYC) be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
(   ) OPINION (   ) STATEMENT OF COSTS
(   ) ORDER
RECEIVED BY: _____ DATE: _____

For the Court:
Catherine O`Hagan Wolfe, Clerk

By: _____

Eugene L. Martin, Deputy Clerk